

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2022

No. 04-21-00410-CR

James Cornelious **SCOTT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR7104
Honorable Michael E. Mery, Judge Presiding

## O R D E R

Appellant's brief was originally due to be filed on March 25, 2022. We extended this deadline twice to June 16, 2022, and stated in our last order: "No further extensions of time will be allowed." However, to date, the brief has not been filed. Appellant's attorney is ORDERED to respond to this court in writing within ten days of the date of this order. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If appellant's attorney fails to file an adequate response within ten days, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. *See* TEX. R. APP. P. 38.8(b)(2).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2022.

_____
Michael A. Cruz,
Clerk of Court